JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSIGEN SOFTWARE, INC. a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>FILER EXPRESS, LLC, an Alabama limited liability company, Charles Hunter, an individual, Jeffrey Romine, an individual and Tim L. Peek, an individual<br><br>Defendant. | Case No.: CV 18-8670-DMG (FFMx)<br><br>**ORDER GRANTING DISMISSAL AS TO CHARLES HUNTER AND JEFFREY ROMINE [79]** |

1 | Pursuant to the Notice of Dismissal filed by PSIGEN Software, Inc. ("PSIGEN"), through its counsel of record, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed without prejudice as to defendants Charles Hunter and Jeffrey Romine. Each party is to bear its own costs and attorneys' fees incurred in connection with negotiating and entering into the Confidential Settlement Agreement.

**IT IS SO ORDERED.**

DATED: February 11, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE